40933.   PAYNE v. THE STATE.

NICHOLS, Presiding Judge.   It appearing from the record that there was no service of the bill of exceptions upon the State (the defendant in error), either by service or acknowledgment, this court is without jurisdiction.   See Code §§ 6-911, 6-917.

Writ of error dismissed.   Hall and Russell, JJ., concur.

DECIDED SEPTEMBER 17, 1964.

Homer E. Bostick, for plaintiff in error.